# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:19-cv-00254-JRG-RSP |
| | § | |
| ROGER VALENTINE, HARRISON COUNTY, TEXAS, and SHERIFFS' ASSOCIATION OF TEXAS, | § § § | |
| | § | |
| *Defendants*. | § | |

## ORDER

For the reasons discussed in the Order of October 9, 2019 (Dkt. No. 21), all claims against *pro se* Defendant Roger Valentine, which are currently stayed, are hereby severed from this action into a new action to be opened by the Clerk of Court, and shall continue to be stayed pending further order.

**SIGNED this 16th day of December, 2019.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE